1012

[No. 33185-7-III.   Division Three.   March 29, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. JESSE EUGENE WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for Stevens County, No. 14-1-00175-9, Allen Nielson, J., entered March 3, 2015. *Affirmed* by unpublished opinion per Pennell, J., concurred in by Korsmo and Lawrence-Berrey, JJ.

[No. 32055-3-III.   Division Three.   March 31, 2016.]

TYLER ARNOLD ET AL., *Appellants*, v. THE DEPARTMENT OF HEALTH, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 13-2-00421-1, Tari S. Eitzen, J., entered November 5, 2013. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Siddoway, C.J., and Lawrence-Berrey, J.

[No. 32731-1-III.   Division Three.   March 31, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. NATHANIEL R. SHAFER, *Appellant*.

Appeal from a judgment of the Superior Court for Asotin County, No. 09-1-00127-0, David Frazier, J., entered August 21, 2014. *Affirmed* by unpublished opinion per Siddoway, C.J., concurred in by Korsmo and Lawrence-Berrey, JJ.

[No. 69841-9-I.   Division One.   April 4, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL KEITH JUSTICE, *Appellant*.

The unpublished opinion in the above captioned case was *withdrawn* by order of the Court of Appeals dated May 23, 2016. Subsitute opinion filed. See 194 Wn. App. 1007.